FILED - GR
May 12, 2026 12:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM SCANNED BY: jm / 5/12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
*ex rel.* GNGH2 Inc.,

Plaintiff-Relator,

v.

ETO MAGNETIC CORP.,

Defendant.

Case No. 1:24-cv-929

Hon. Paul L. Maloney
U.S. District Judge

**FILED *EX PARTE* AND UNDER SEAL**

# THE UNITED STATES OF AMERICA'S NOTICE OF ELECTION DECISION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the United States notifies the Court of its decision to intervene in the above-captioned action. Upon the unsealing of this case, the United States intends to file a complaint in intervention. While the United States is intervening in the same claims brought by the relator, and intends to seek the same recovery, the United States' complaint in intervention will not be based upon the legal theory regarding the Defendant's ties to the People's Republic of China that are contained in the relator's complaint. The United States takes no position on that theory at this time, but expressly reserves the right to amend its complaint in intervention or to later intervene with regard to that theory as allowed by the False Claims Act and the Federal Rules of Civil Procedure.

Upon the filing of this notice, the United States respectfully requests that seal be lifted as to Relator's Complaint, and as to all other contents of the Court file except those discussed here. *See* 31 U.S.C. § 3730(b). Specifically, the United States requests

that the Court enter only **partially-redacted copies** of the following papers on the public docket:[1]

- Memorandum of Law in Support of the United States of America's First Ex Parte Application for an extension of time to intervene (filed November 12, 2024), a partially-redacted copy of which is attached as **Attachment 1**.

- Memorandum of Law in Support of the United States of America's Second Ex Parte Application for an extension of time to intervene (filed April 25, 2025), a partially-redacted copy of which is attached as **Attachment 2**.

- Memorandum of Law in Support of the United States of America's Ex Parte Application for Partial Lifting of the Seal (filed May 9, 2025), a partially redacted copy of which is attached as **Attachment 3.**

- Memorandum of Law in Support of the United States of America's Third Ex Parte Application for an extension of time to intervene (filed August 6, 2025), a partially-redacted copy of which is attached as **Attachment 4**.

- Memorandum of Law in Support of the United States of America's Fourth Ex Parte Application for an extension of time to intervene (filed November 3, 2025), a partially-redacted copy of which is attached as **Attachment 5**.

- Memorandum of Law in Support of the United States of America's Fifth Ex Parte Application for an extension of time to intervene (filed February 11, 2026), a partially-redacted copy of which is attached as **Attachment 6**.

In discussing the content and extent of the government's non-public investigation, including methods and thought processes for assessing Relator's allegations, these filings were provided under 31 U.S.C. § 3730(b)(3) to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended and whether the seal should be partially

---

[1] Because this case is sealed, the United States does not have access to the electronic record to cite these pleadings in accordance with Administrative Order No. 16-MS-017.

lifted. *See id.* § 3730(b)(2)-(3) (providing only for unsealing of the *in camera* complaint).

Dated: May 12, 2026

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

JACOB L. CARLTON
CAROLYN A. ALMASSIAN
Assistant United States Attorneys
U.S. Attorney's Office
Western District of Michigan
330 Ionia Avenue NW, Suite 501
Grand Rapids, MI 49503
Tel: (616) 808-2025
E-mail: Jacob.Carlton@usdoj.gov